IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT RAMOS, individually, | * * * |
| PLAINTIFF, | * |
| v. | *   Case No. SA:22-CA-00299-XR |
| | * |
| GROTHUES PROPERTIES, LLC, a limited liability company, | * * * |
| DEFENDANT. | * |

## JOINT NOTICE OF SETTLEMENT

Robert Ramos, Plaintiff, and Grothues Properties, LLC, Defendant, by their respective counsel, jointly notify the Court that they have reached a settlement in this matter. In light of the settlement, the parties request that the Court allow them 30 days to file appropriate dismissal papers.

Dated: November 30, 2022                    Respectfully submitted,

*/s/ K. Michael Sturgill*
MATTHEW SAPP
State Bar No. 24075016
K. MICHAEL STURGILL
State Bar No. 24075588
**SAPP & STURGILL, PLLC**
18756 Stone Oak Pkwy, #200
San Antonio, TX  78258
Telephone:  (469) 381-6833
matt@sappsturgill.como
mike@sappsturgill.com

**ATTORNEYS FOR PLAINTIFF**

-and-

/s/ *Charles Shipman*
Charles Shipman
Texas Sate Bar No. 00794628
**The Morales Firm, PC**
6243 W. Interstate 10, Suite 132
San Antonio, Texas 78201
TEL: (210) 225-0816
FAX: (210) 225-0821
Email: cshipman@moralesfirm.com

**ATTORNEY FOR DEFENDANT**

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record via the Court's ECF system this 30th day of November, 2022.

*/s/ K. Michael Sturgill*
K. Michael Sturgill