IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ROBERT RAMOS**, <br><br> *Plaintiff* <br><br> -vs- <br><br> **GROTHUES PROPERTIES LLC**, <br><br> *Defendant* | § § § § § § § § § § | SA-22-CV-00299-XR |

### ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DATE came on for consideration the Stipulation of Dismissal with Prejudice, filed jointly by Plaintiff Robert Ramos and Defendant Grothues Properties, LLC. The Court having considered the Stipulation of Dismissal, enters the following Order:

**ORDERED AND ADJUDGED:**

1. The parties' Stipulation of Dismissal with Prejudice, is hereby **GRANTED**. All Claims, Counts, and/or Demands asserted by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE to** the right of Plaintiff refile, in whole or in part, the same or similar claims against the Defendants.

2. It is further **ORDERED** that Plaintiff and Defendants shall each bear their own costs, expenses, and attorneys' fees.

It is so **ORDERED**.

**SIGNED** this 15th day of December, 2022.

_____
Xavier Rodriguez
United States District Judge